In the Matter of THE GEVAERT COMPANY OF AMERICA, INC., Appellant, against J. G. W. GREEFF et al., Constituting the Board of Purchase of the Department of Hospitals of the City of New York et al., Respondents.

(Argued October 2, 1933; decided October 17, 1933.)

*Louis A. Tepper* and *Max D. Steuer* for appellant.
*Arthur J. W. Hilly, Corporation Counsel* (*J. Joseph Lilly, Milton I. Hauser* and *Matthew J. Troy* of counsel), for respondents.

no opinion.
Concur: POUND, Ch. J. CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.